SCWC-16-0000667

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

ALEXANDER & BALDWIN, LLC, a Hawai'i limited liability company,
Respondent/Plaintiff-Appellee,

vs.

NELSON ARMITAGE, Petitioner/Defendant-Appellant,

and

WAYNE ARMITAGE; FREDERICK TORRES-PESTANA aka RIKI TORRES-PESTANA; KINGDOM OF HAWAI'I, also known as REINSTATED LAWFUL HAWAIIAN GOVERNMENT, also known as LAWFUL HAWAIIAN GOVERNMENT, also know as REINSTATED HAWAIIAN GOVERNMENT, also known as REINSTATED HAWAIIAN NATION, also known as REINSTATED HAWAIIAN KINGDOM, an unincorporated association, Respondents/Defendants-Appellants,

and

ROBERT ARMITAGE aka BOBBY ARMITAGE; JAMES AKAHI also known as AKAHI NUI aka MAJESTY AKAHI NUI aka JAMES AKAHI NUI aka ROYAL MAJESTY AKAHI NUI, Executor/Trustee of the Kingdom of Hawai'i Nation Ministry Trust; KINGDOM OF HAWAI'I NATION MINISTRY TRUST, also known as KINGDOM OF HAWAI'I, an unincorporated association, Respondents/Defendants.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-16-0000667; CIV. NO. 13-1-1065)

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ., and
Circuit Judge Eddins, in place of Pollack, J., recused)

Petitioner/Defendant-Appellant's Application for Writ

of Certiorari, filed on June 15, 2020, is hereby accepted.

IT IS FURTHER ORDERED that no oral argument will be

held in this case.  Any party may, within ten days and pursuant

to Rule 34(c) of the Hawaiʻi Rules of Appellate Procedure, move

for retention of oral argument.

DATED:  Honolulu, Hawaiʻi, August 7, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

